# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

LARRY T. THOMPSON
vs.
F/V CHAMP(o/n 291117), its engine, tackle, gear, equipment and appurtenances, *in rem*, and DEBTORS, COREY POTTER and MAYBE MARTINEZ, *in personam*

Case No. *3:10-cv-00202-HRH-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Leslie R. Need, Law Clerk - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

**RE:** STATUS REPORTS

The Clerk of Court entered default judgment as to the *in personam* defendants at Docket 9. The plaintiff is directed file a status report with the court indicating his intention regarding filing a motion for default judgment as to the *in personam* defendants on or before Monday, January 31, 2011.

At Docket 20, the court entered an order granting Plaintiff's motion for an Issuance of a Warrant *in rem* for the F/V Champ. Pursuant to D.Ak. LAR (c)-2 and (c)-4, the Plaintiff shall file a status report with the court following the arrest of the vessel and shall publish notice as directed.

IT IS SO ORDERED.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

January 12, 2011

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\00 C I V I L\10-cv-202-HRH-JDR FV CHAMP\10-cv-202-HRH-JDR FV Champ Order re Status of Default Judgment In Personam and Arrest of Vessel.wpd