UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LARRY T. THOMPSON,<br><br>        Plaintiff,<br>vs.<br><br>F/V/ CHAMP (o/n 291117) its engine, tackle, gear, equipment and appurtenances, *In Rem*, and DEBTORS, COREY POTTER and MAYBE MARTINEZ, *In Personam*,<br><br>        Defendants. | Case No. 3:10-00202-HRH-JDR<br><br>**ORDER GRANTING MOTION TO FIX TIME FOR INTERVENTION**<br><br>(Docket No. 25) |

Having considered Plaintiff's Motion to Fix Time for Intervention under Alaska Local Admiralty Rule (c)-2(b)(8), the Motion is HEREBY GRANTED. The Court fixes the time under Local Admiralty Rule (c)-2(b)(8) for a party to apply for intervention under Rule 24 claiming maritime liens or other interest must be within 30 days after final publication of the Notice of Action and Arrest.

       IT IS SO ORDERED.

       DATED this __31st__ day of March, 2011, at Anchorage, Alaska.

                                   /s/ John D. Roberts
                                   JOHN D. ROBERTS
                                   United States Magistrate Judge