IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LARRY T. THOMPSON,  )
                    )
            Plaintiff,  )
                    )
    vs.             )
                    )
F/V CHAMP (O/N 291117), its  )
engine, tackle, gear, equipment  )
and appurtenances, in rem, and  )
DEBTORS, COREY POTTER and MAYBE  )
MARTINEZ, in personam,  )
                    )  No. 3:10-cv-0202-HRH
            Defendants.  )
_____)

DEFAULT JUDGMENT IN REM

Default in rem was entered as to the defendant vessel on September 13, 2011.[1] A motion for entry of default judgment was filed on September 15, 2011.[2] The motion for entry of default judgment is granted as recommended by the assigned United States magistrate judge.[3]

IT IS HEREBY ORDERED that judgment is entered as follows:

Plaintiff Larry T. Thompson shall recover from, and have judgment against defendant F/V CHAMP (o/n 291117), its engine, tackle, gear, equipment and appurtenances, in rem, in the sum of $231,933.15, inclusive of costs and pre-judgment interest through October 5, 2011, plus pre-judgment interest of $49.29 per day after

---

[1] Docket No. 39.

[2] Docket No. 40.

[3] Docket No. 42.

- 1 -

October 5, 2011.  The total judgment shall bear interest at the rate of 10% per annum.

DATED at Anchorage, Alaska, this <u>5th</u> day of October, 2011.

<u>/s/ H. Russel Holland    </u><br>United States District Judge